No. 69144.—Keuffel & Esser Co. *v.* United States, protests 64/124 and 64/2261 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of drawing instrument cases similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 18, 1965

No. 69145.—W. R. Zanes & Co. *v.* United States, protest 320921–K (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.